UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON

| | | |
|---|---|---|
| DAYTON SUPERIOR CORP. | : | Case No. 3:15cv00421 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| TODD JONES | : | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |
| Defendant. | : | |
| | : | |

This matter is before the Court upon Plaintiff Dayton Superior Corporation's Motion for Expedited Discovery. Based on the briefing and arguments of counsel, the Court **GRANTS** the Motion and **ORDERS** the parties to proceed with expedited discovery as follows:

(1) Written responses to interrogatories and requests for admissions must be provided within five (5) days of service;

(2) Responsive documents to requests for production must be produced within five (5) days of service; and

(3) The parties must appear for depositions within five (5) days of being served with a notice of deposition.

**IT IS SO ORDERED.**

12-4-15
_____
Date

_____
United States District Court Judge

1012751.1

- 1 -